ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 5:25-mj-00056-CDB; 1:26-cr-00085-JLT-SAB |
| Plaintiff, | ORDER |
| v. | |
| DANIEL SILVA-DIAZ, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled for June 10, 2026, is vacated, and a change of plea hearing is scheduled for June 8, 2026, before the Honorable Kirk E. Sherriff.

///

///

///

Time shall be excluded from May 27, 2026, through June 8, 2026, for purposes of defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

   Dated:   **May 28, 2026**                  _____
                                              UNITED STATES DISTRICT JUDGE